**DOUGHERTY, RYAN, GIUFFRA, ZAMBITO & HESSION**

ATTORNEYS AND COUNSELLORS AT LAW

131 EAST THIRTY EIGHTH STREET
NEW YORK, NEW YORK 10016-2680

---

TELEPHONE: (212) 889-2300
FACSIMILE: (212) 889-1288
e-mail: drgzh@aol.com
www.DoughertyRyan.com

March 30, 2010

**VIA FACSIMILE**      (718) 613-2365

Honorable Cheryl L. Pollak
United States Magistrate Judge
U. S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: The Gerfert Company, et al v. James Dean, et al.
        09 Civ. 266 (Matsumoto, J.)
        <u>Our Ref: 09-99-4336/PJZ</u>

Madam:

  We represent defendants James Dean and HMH Religious Manufacturing Co., Inc. in the captioned matter.

  At a pretrial conference held on March 8, 2010, your Honor set April 2, 2010 for compliance with outstanding discovery.

  With the consent of plaintiff's counsel, we respectfully request an extension to and including April 12, 2010.

  The reason for the requested extension is that I was out of the office ill for two (2) days the week of March 15, over four (4) days the week of March 22, have multi-party depositions scheduled for March 29/April 1 and our office is closed on April 2, 2010.

  Thank you for your consideration of the requested extension.

Very respectfully yours,
DOUGEHRTY RYAN GIUFFRA ZAMBITO & HESSION

BY:   JOHN J. HESSION
for Peter J. Zambito

cc: Joseph E. Magnotti, Esq.
The Magnotti Law Firm PLLC
FAX: (718) 816-8699

Michael Paul Kandler, Esq.
Callan Regenstreich Koster & Brady LLP
FAX: (212) 248-6815

Olivier Taillieu, Esq.
Kevin I. Shenkman, Esq.
Zuber & Taillieu LLP
FAX: (310) 807-9701