# The Magnotti Law Firm PLLC

*Attorneys At Law*

---

July 22, 2010

**Via ECT and Fax: (718) 613-2185**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Attn: Judge Kiyo A. Matsumoto

    Re:    The Gerffert Company, Inc., and Stephen Panigel v.
               James Dean, Andrea Bonella, Dolores King, et al.,
               Civil Action No.: 09-266

Dear Judge Matsumoto:

    Please be advised that The Law Office of Howard Benjamin, 437 Madison Avenue, 30th Floor, New York, New York 10022 has been retained to participate in the conflict issues raised in Messers Shenkman and Kandler's letter. His phone number is (212) 832-3006. He is on vacation but has indicated that he will return in time for the telephone conference call on July 30, 2010. As such we respectfully request that he be permitted to participate in that conference call on the pre-motion conference on the conflict issues raised.

                                                Respectfully,

                                                THE MAGNOTTI LAW FIRM PLLC

                                                By: *[signature]*
                                                JOSEPH E. MAGNOTTI (JM3128)

JEM/jw
cc:    Mr. Stephen Panigel
        Callan, Koster, Brady & Brennan, LLP
           Mkandler@ckbblaw.com
        Zuber & Taillieu, LLP
           Kshenkman@ztllp.com
        Dougherty, Ryan, Giuffra, Zambito & Hession
           peterzambito@aol.com

---