

10866 Wilshire Boulevard · Suite 300 · Los Angeles, CA 90024
Phone: (310) 807-9700 · Fax: (310) 807-9701 · www.ztllp.com

Direct Dial: (310) 807-9725· Email: kshenkman@ztllp.com

July 26, 2010

**BY ELECTRONIC FILING AND U.S. MAIL**

Hon. Kiyo A. Matsumoto
United States District Court - Eastern District of New York
225 Cadman Plaza East
Room 1227
Brooklyn, New York 11201

       **Re: The Gerffert Company, Inc., et al. v. James Dean, et al., Case Number 1:09-CV-00266-KAM-CLP**

Hon. Kiyo A. Matsumoto:

I am writing this letter in response to your order dated July 23, 2010.

Like Mr. Kandler expresses in his July 26, 2010 letter to this Court, it is unclear to us as well what Mr. Benjamin's role in the July 30, 2010 conference would be if he is allowed to participate. Specifically, it is unclear whether Mr. Benjamin will represent the plaintiffs, Mr. Magnotti, Mr. Horowitz, some combination thereof, or attempt to offer expert testimony regarding attorney ethics.

Regardless of Mr. Benjamin's capacity, it is inappropriate for him to participate in the July 30, 2010 conference. If Mr. Benjamin represents Mr. Magnotti or Mr. Horowitz, neither of them is a party to this action, and therefore it would be inappropriate for Mr. Benjamin to participate. If Mr. Benjamin represents Plaintiffs in this case, he still should not be permitted to participate in the July 30, 2010 conference, as he has not made an appearance in this case.

Rather, because Mr. Benjamin has not made an appearance in this case, it appears that Plaintiffs are seeking to have Mr. Benjamin provide expert testimony regarding attorney ethics and conflicts. While such testimony might be appropriate at an evidentiary hearing, such testimony is inappropriate at a pre-motion conference.

Therefore, Defendants Andrea Bonella, Fratelli Bonella srl and William J. Hirten Co. LLC must object to Mr. Benjamin participating in the pre-motion conference scheduled for July 30, 2010.

Zuber & Taillieu LLP

Hon. Kiyo A. Matsumoto
July 26, 2010
Page 2 of 2

Respectfully,

Kevin I. Shenkman
ZUBER & TAILLIEU LLP
Attorneys for Defendants William J. Hirten
Co., LLC, Andrea Bonella, Fratelli Bonella,
s.r.l., Mario Bonella, and Gianfranco
Bonella

KIS/KIS

cc: Hon. Cheryl L. Pollak
United States District Court - Eastern District of New York
225 Cadman Plaza East
Courtroom 13B S
Brooklyn, New York 11201

The Magnotti Law Firm, PPLC
1492 Victory Boulevard
Staten Island, NY 10301

1245-1001 / 139526.1