

10866 Wilshire Boulevard · Suite 300 · Los Angeles, CA 90024
Phone: (310) 807-9700 · Fax: (310) 807-9701 · www.ztllp.com

Email: otaillieu@ztllp.com

August 10, 2010

Honorable Cheryl L. Pollak
United States Magistrate Judge
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *The Gerffert Company, et al v. James Dean, et al*

Dear Magistrate Judge Pollak:

Both Kevin Shenkman and I are unable to travel to New York to attend the status conference, set for August 11, 2010, in the above-referenced matter. As such, we respectfully request permission to appear telephonically at the status conference on Wednesday, August 11, 2010. At the time of this letter we have not received any objection from the other parties regarding our request to appear telephonically.

Very truly yours,

ZUBER & TAILLIEU LLP

Olivier A. Taillieu

OAT/mbs

1245-1002 / 141519.1

Los Angeles · New York