US MAGISTRATE JUDGE CHERYL L. POLLAK

DATE: 8/10/10

TIME SPENT: _____

DOCKET NO. 09 CV 266

CASE: Geyffert v Dean

____ INITIAL CONFERENCE
____ DISCOVERY CONFERENCE
____ SETTLEMENT CONFERENCE
____ MOTION HEARING
____ OTHER/STATUS CONFERENCE
____ FINAL/PRETRIAL CONFERENCE
✓ TELEPHONE CONFERENCE
____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

____ COMPLETED           _____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____        DEF. TO SERVE PL. BY: _____

RULINGS:

Parties are directed to appear for settlement conference on 9/30 at 11:00