

**Attorneys At Law**

November 8, 2010

**Filed Electronically, &
By Fax: (718) 613-2365**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Attn: Judge Cheryl L. Pollak

    Re:  The Gerffert Company, Inc. and Stephen Panigel v.
           James Dean, Andrea Bonella, Dolores King, et al.
           Civil Action No.: 09-266

Dear Judge Pollak:

    Please be advised that Howard Benjamin has informed me on Sunday, November 7, 2010 that he had a death in his family. His Aunt died after a one week illness. He also has informed me that he would not be in his office until November 9th or 10, 2010. As such I am requesting an extension of his time to respond to the motion until November 15, 2010 and that all other time periods are extended by the requested 7 day extension.

                             Respectfully,

                             THE MAGNOTTI LAW FIRM PLLC

                             By: _____
                                JOSEPH E. MAGNOTTI

JEM/jw
cc:  Callan, Koster, Brady & Brennan, LLP
      Mkandler@ckbblaw.com
      Zuber & Taillieu, LLP
      Kshenkman@ztllp.com
      Dougherty, Ryan, Giuffra, Zambito & Hession
      Peterzambito@aol.com
      Howard Benjamin, Esq.,
      benjesq@aol.com
      Mark Horowitz, Esq.,
      mhorowitzatty@msn.com
      Stephen Panigel

*[Handwritten annotation:] Request for extension is granted. So Ordered. CJe Pollak USMJ 11/8/10*