UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -

THE GERFFERT COMPANY, INC., AND
STEPHEN PANIGEL

      Plaintiffs,

    -against-

JAMES DEAN, ANDREA BONELLA, DOLORES KING, WILLIAM J. HIRTEN CO., LLC., MARIO BONELLA, GIANFRANCO BONELLA, "JOHN DOE" AND "JANE DOE," DOING BUSINESS AS FRATELLI BONELLA, FRATELLI BONELLA, SRL AND HMH RELIGIOUS MANUFACTURING CO., INC.,

      Defendants,

- - - - - - - - - - - - - - - -

1:09-CV-00266-KAM-CLP

**NOTICE OF ERRATA**

TO ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:

Please take notice that the Declarations of Andrea Bonella and James Dean filed concurrently with Defendants William J. Hirten Co. LLC, Andrea Bonella and Fratelli Bonella, S.r.l.'s Motion to Disqualify Plaintiffs' Counsel were inadvertently filed with extraneous blank pages and pages facing in the wrong direction.

Accordingly, a correct version of the Declaration of James Dean In Support of Defendants' Motion to Disqualify Plaintiffs' Counsel is attached hereto as Exhibit "A" and a correct version of the Declaration of Andrea Bonella In Support of Defendants' Motion to Disqualify Plaintiffs' Counsel is attached hereto as Exhibit "B"

Dated this 22nd day of November, 2010.

By: _____
OLIVIER A. TAILLIEU
KEVIN I. SHENKMAN
ZUBER & TAILLIEU LLP
777 S. Figueroa Street, 37th Floor
Los Angeles, California 90017
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Andrea Bonella; Fratelli Bonella, srl; and William J. Hirten Co., LLC