03/17/2011  15:03  3108079701  ZUBER & TAILLIEU  PAGE 02/02
Case 1:09-cv-00266-KAM-CLP Document 139 Filed 03/18/11 Page 1 of 1
Case 1:09-cv-00266-KAM-CLP Document 138 Filed 03/17/11 Page 1 of 1

# Zuber&Taillieu

777 S. Figueroa Street · 37th Floor · Los Angeles, CA 90017
Phone: (213) 596-5620 · Fax: (213) 596-5621 · www.ztllp.com

Email: otaillieu@ztllp.com

March 17, 2011

Honorable Cheryl L. Pollak
United States Magistrate Judge
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *The Gerffert Company, et al v. James Dean, et al*

Dear Magistrate Judge Pollak:

The Court has set a Status Conference in the above-referenced matter for April 27, 2011. I have a conflict on that date and will not be able to travel from Los Angeles to New York to attend the conference.

I have consulted with all other counsel in this case and have determined that we are available on May 5 or May 6, 2011. Accordingly, I respectfully request that the Status Conference currently set for April 27, 2011 be adjourned to May 5 or May 6, 2011 if it is convenient for the Court.

Very truly yours,

ZUBER & TAILLIEU LLP

Olivier A. Taillieu

OAT/mbs

Request Granted. 5/6 at 1100
Conference Adjourned to _____
SO ORDERED U.S. Magistrate Judge
3/18/11