# LAW OFFICES OF HOWARD BENJAMIN

ATTORNEY AT LAW
437 MADISON AVENUE
30TH FLOOR
NEW YORK, NEW YORK 10022

(212) 832-3006
FAX (212) 829-1518 (NOT FOR SERVICE)

HOWARD BENJAMIN

YEN LUU
(LEGAL ASSISTANT)

March 18, 2011

**BY ELECTRONIC FILING AND US MAIL**

Hon. Cheryl L. Pollak
United States District Court - Eastern District of New York
225 Cadman Plaza East
Room 1230
Brooklyn, New York 11201

      RE:   The Gerffert Company, Inc., et. al. v. James Dean, et. al.
             Case Number 1:09-CV-00266-KAM-CLP

Hon. Cheryl L. Pollak:

    I am writing to advise Your Honor that subject to your approval, on consent of Kevin I. Shenkman, Plaintiff's time to determine whether to maintain the undersigned as his attorney and if so then to agree to a briefing schedule with Mr. Shenkman is extended from today to March 25, 2011.

Respectfully submitted,

Howard Benjamin

cc: Kevin I. Shenkman
(via email)

Request Granted.
SO ORDERED. U.S. Magistrate J.
3/18/11