## LAW OFFICES OF HOWARD BENJAMIN
ATTORNEY AT LAW
437 MADISON AVENUE
30TH FLOOR
NEW YORK, NEW YORK 10022

(212) 832-3006
FAX (212) 829-1518 (NOT FOR SERVICE)

HOWARD BENJAMIN

YEN LUU
(LEGAL ASSISTANT)

March 30, 2011

**BY ELECTRONIC FILING AND US MAIL**

Hon. Cheryl L. Pollak
United States District Court - Eastern District of New York
225 Cadman Plaza East
Room 1230
Brooklyn, New York 11201

    RE:    The Gerffert Company, Inc., et. al. v. James Dean, et. al.
            Case Number 1:09-CV-00266-KAM-CLP

Hon. Cheryl L. Pollak:

    I am writing to advise Your Honor that I sent an email to Mr. Shenkman last Friday advising him of Mr. Paginel's wishes for me to remain as counsel and requesting he provide me with a briefing schedule. To date, I have not received a response to my email.

    I apologize for not copying Your Honor on my email to Mr. Shenkman.

                                Respectfully submitted,

                                Howard Benjamin

cc: Kevin I. Shenkman
    (via email)