# DOUGHERTY, RYAN, GIUFFRA, ZAMBITO & HESSION

ATTORNEYS AND COUNSELORS AT LAW

131 EAST THIRTY EIGHTH STREET

NEW YORK, NEW YORK 10016-2680

TELEPHONE: (212) 889-2300
FACSIMILE:  (212) 889-1288
e-mail: drgzh@aol.com

May 16, 2011

**ECF CASE**

Honorable Cheryl L. Pollak
United States Magistrate Judge
U. S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: The Gerffert Company, Inc., et al v. James Dean, et al.
           09 Civ. 266 (KAM)(CLP)
           <u>Our Ref: 09-99-4336/PJZ</u>

Madam:

  We represent defendants James Dean and HMH with respect to the uninsured claims in suit.

  On May 13, 2011, we received an ECF notice of a telephone conference scheduled for May 17, 2011 at 4:00 p.m. to discuss the scheduling of an evidentiary hearing on the pending motion to disqualify.

  On May 12, 2011, we received a telephone call from Ms. Berger of your Honor's chambers, inquiring whether we wished to participate in a teleconference to discuss a revised date for argument of the said motion and indicated that we did not wish to participate.  The ECF notice ensued.

Honorable Cheryl L. Pollak
Page 2
May 16, 2011


  As a result, and although we are interested in the result of the motion, since we submitted no papers on the motion, we intend relying upon those submitted by Olivier A. Tallieu, Esq. and Kevin I Shenkman, Esq. of Zuber & Talliéu LLP, who represent William J. Hirten Co., LLC with respect to the insured claims in suit.

  We trust that the above comports with your Honor's Rules.

  As an aside, due to a personal situation at home, I normally leave my office for home at about 4:05/4:10 p.m. daily.

  Thank you for you attention to above.

      Very respectfully yours,

    DOUGHERTY RYAN GIUFFRA ZAMBITO & HESSION


     S/  PETER J. ZAMBITO

cc: Michael Paul Kandler, Esq.
   Callan Regenstreich Koster & Brady LLP
   (Via e-mail: mkandler@ckbblaw.com)

   Kevin I. Shenkman, Esq.
   Zuber & Taillieu LLP
   (Via e-mail: kshenkman@ztllp.com)

   Olivier A. Taillieu, Esq.
   Zuber & Taillieu LLP
   (Via e-mail: otaillieu@ztllp.com)

   Howard Benjamin, Esq.
   Law Offices of Howard Benjamin
   (Via e-mail: benjesq@aol.com)